Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Apex Sierra Hermosa TX, LP |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known): | 22-42638 |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| A & G Piping, Inc. 3124 Wichita Court Fort Worth, TX 76140 | | | | | | $21,554.88 |
| Abby Appliances 5700 Jacksboro Hwy. Fort Worth, TX 76114 | | | | | | $8,491.29 |
| Alliance Tax Advisors LLC 433 E. Las Colinas Blvd., Ste. 300 Irving, TX 75039 | | | | | | $12,790.86 |
| Apex Equity Group LLC 2365 Nostrand Ave. Dallas, TX 75320-4653 | | | | | | $13,659.62 |
| Atlas Painting 4206 Sherwood Drive Cincinnati, OH 45274-0353 | | | | | | $54,915.00 |
| Atmos Energy (Gas) PO Box 740353 Rockwall, TX 75032 | | | | | | $265,197.27 |
| Bacon Plumbing, Inc 295 Ranch Trail Wood Dale, IL 60191 | | | | | | $8,582.46 |
| Black Tie Plumbing 1205 West Carrier Pkwy. Grand Prairie, TX 75050 | | | | | | $8,498.68 |

Debtor **Apex Sierra Hermosa TX, LP**
Name

Case number *(if known)* **22-42638**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Daniel's Landscaping & Mowing** 803 Cumberland St. Duncanville, TX 75116 | | | | | | $15,858.00 |
| **DeFord Lumber** 1018 N. Duncanville Rd Duncanville, TX 75116 | | | | | | $16,330.11 |
| **DeFord's Supply** 1018 N. Duncanville Rd. Fort Worth, TX 76179 | | | | | | $8,418.83 |
| **Fort Worth Water Departement** PO Box 870 Fort Worth, TX 76101-0870 | | | | | | $901,568.45 |
| **Fort Worth Water Departement** P.O.Box 870 Azle, TX 76020 | | | | $698,000.00 | $0.00 | $698,000.00 |
| **Guevara Lawn Care** 1709 Manor Ct. Fort Worth, TX 76179 | | | | | | $10,040.00 |
| **Mundo Floors** 8356 Moberly Ln. Dallas, TX 75227 | | | | | | $64,954.47 |
| **PF Holdings LLC** 10 Hill St Lakewood, NJ 08701 | | | | | | $99,473.80 |
| **PNC Bank** PO Box 25965 Overland Park, KS 66225 | | | | $7,099,600.00 | $0.00 | $7,099,600.00 |
| **Property Management Consulting LLC** 115 12th St. Lincolnshire, IL 60069 | | | | | | $8,400.00 |
| **Stowe's Independent Services,LLC** PO Box 1254 North Richland, TX 76180 | | | | | | $25,600.00 |

| Debtor | Apex Sierra Hermosa TX, LP | Case number *(if known)* | 22-42638 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TXU Energy**<br>**P.O.Box 650638**<br>**Dallas, TX**<br>**75222-2089** | | | | | | **$10,648.70** |